No Fee
7/31/24
EB

Supreme Court
**OF THE STATE OF NEW YORK**
COUNTY OF ___Onondaga___

Holly Jarvis

_____

_____

_____

*(Name(s) of Plaintiff(s)/Petitioner(s))*

City of Syr police dept
officer ~~Derek~~ Derek Plaintiff(s)/Petitioner(s),
montressor/ matthew malinowski/
parei west/ michael desalvia/
montserrat garcia/ officer gadberg
po Jason Dyer / po philip philbrick

**against**

_____

_____

*(Name(s) of Defendant(s)/Respondent(s))*

Defendant(s)/Respondent(s).

Doc ID: *056165790001 Type: COU
Kind: CIVIL
Recorded: 07/31/2024 at 11:38:41 AM
Fee Amt: $0.00 Page 1 of 1
Transaction: MOTION/CROSS MOTION
Onondaga County, NY
Emily Essi Bersani County Clerk
**SU-2024-007871**

**NOTICE OF MOTION**
police accountability
**FOR** + financial Relief

*(Insert what type of Motion it is)*

**Index No.**_____

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of

___Holly Jarvis___, sworn to on the 31 day of

*(Name of writer of affidavit)*

___July___, 20 24, and the exhibits annexed thereto, and upon all the prior pleadings

and proceedings had herein, the _____ will move this Court

*(Your party type, i.e. plaintiff(s) or defendant(s))*

located at _____, New York,

*(Address of Courthouse hearing case)*

_____, on the ___ day of

*(Title and Room of Court Hearing Case)*

_____, 20___, at _____ or as soon thereafter as can be heard for an Order:

*(Time of hearing)*

*(Detail what your motion is seeking, and to what it pertains to, as comprehensively as possible)*

For all PPL involved to be held respons-
ible + money For violating my
civil Rights / + injuring me + my son.

and for such other and further relief as this Court deems just and proper.

Page 1 of 3