State of New York
County of Onondaga

Holly Jarvis,

Plaintiff,

v.

Derek Montresor, Matthew Malowski, Darrell West,

Michael DeSilvia, Montserrat Garcia, Officer Goldberg,

P.O. Jason Duel, P.O. Philip Philbrick,

Defendants.

Doc ID: *057015670002 Type: COU
Kind: CIVIL
Recorded: 10/23/2024 at 02:07:00 PM
Fee Amt: $0.00 Page 1 of 2
Transaction: AMENDED COMPLAINT
Onondaga County, NY
Emily Essi Bersani County Clerk
SU-2024-007871

Case No. SU-2024-007871

## AMENDED COMPLAINT

1. Plaintiff Holly Jarvis brings this action against the named defendants for violations of her civil rights, physical injuries, and emotional trauma.

2. This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983. Venue is proper under 28 U.S.C. § 1391 as the actions occurred in the Northern District of New York.

3. On 11-25-23, Plaintiff was wrongfully detained, handcuffed, and physically harmed by the named defendants, leading to physical injuries and emotional distress. Plaintiff received x-rays but had to recover on her own over several months.

4. Defendants violated Plaintiff's constitutional rights, including her right to be free from excessive force and unlawful seizure, in violation of 42 U.S.C. § 1983.

5. Plaintiff requests:

- $50,000 for physical injuries

- $75,000 for emotional distress

- $100,000 in punitive damages

- Attorney fees for representing herself under 42 U.S.C. § 1988

- The complaint be served by the sheriff  - Any other relief deemed just by the court.

6. Plaintiff demands a trial by jury.

Dated: 10-22-24

Holly Jarvis

Plaintiff, Pro Se

Address: 105 Rider Ave, Apartment 1, Syracuse, NY 13207

Phone: 315-217-6610